UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LYRE JONES | CASE NO. 6:23-CV-01522 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ALDOUS & ASSOCIATES, PLCC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

A Motion to Dismiss [ECF No. 55] filed by Conn Appliances, Inc. ("Conn") was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation ("R&R"). After an independent review of the record and noting the absence of any objections, this Court adopts the R&R as modified herein:

IT IS HEREBY ORDERED that the Motion to Dismiss is DENIED as MOOT.

IT IS FURTHER ORDERED that Plaintiff may amend the Complaint within fourteen (14) days to set forth additional facts in support of the claim against Conn, as set forth in the Report and Recommendation.

Following the expiration of the fourteen-day deadline, Conn may re-urge its motion to dismiss or file a new motion to dismiss, if warranted.

Signed at Lafayette, Louisiana, this 23rd day of April, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE